Case 2:16-sw-00667-AC   Document 4   Filed 11/18/16   Page 1 of 1

PHILLIP A. TALBERT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**

NOV 18 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE NEW SILVER DODGE CARAVAN WITH PAPER LICENSE PLATES AND/OR ANY VEHICLE UNDER THE CARE AND CONTROL OF NIVE HAGAY, DATE OF BIRTH 9/17/1985 AS EVIDENCED BY KEYS, REGISTRATION PAPERS, OR FOUND DRIVING | CASE NO. 2:16-SW-0667 AC<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

Dated:
11-18-2016

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge